✎ PS 8
(12/04)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.          Ruben Ornelas          Docket No.          2:12CR02077-001

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Carrie Valencia, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Ruben Ornelas who was placed under pretrial release supervision by the Honorable James P. Hutton sitting in the court at Yakima, WA, on the 13th day of November 2013 under the following conditions:

**Condition #27:** Defendant shall submit to random urine analysis testing through Pretrial Services, and shall not exceed six times per month.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** The defendant is alleged to be in violation of his conditions of pretrial supervision in the Eastern District of Washington by reporting to the U.S. Probation Office on June 3, 2013, and provided a urine sample that tested presumptive positive for cocaine and based on adulterated testing appeared to be diluted. The defendant denied use.

This officer has also received confidential information that the defendant used cocaine on May 31, 2013, and consumed alcohol on June 2, 2013. Additionally that the defendant and his girlfriend maybe planning to flee the area. The defendant is facing a 10 year mandatory minimum.

PS-8
Re: Ornelas, Ruben
June 3, 2013
Page 2

## PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   06/03/2013

by   s/Carrie A. Valencia

Carrie A Valencia
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Rosanna Malouf Peterson*
Signature of Judicial Officer

June 3, 2013
Date